1  MICHELE BECKWITH
   Acting United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                    IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO. 5:25-MJ-00013-CDB

12                Plaintiff,               MOTION TO UNSEAL CASE

           v.
13
   AARON HERNANDEZ-SANCHEZ,
14
                  Defendant.
15

16

17

18     The government moves the Court to unseal the Complaint and all other filings in this case. The

19 defendant has been arrested and will be making his initial appearance in this Court today. Therefore, the

20 case should be unsealed to advise the defendant of the charges against him.

21

22 Dated: May 9, 2025                             Very truly yours,

23
                                                  MICHELE BECKWITH
24                                                Acting United States Attorney

25
                                                  */s/ Joseph Barton*
26                                                Joseph Barton
                                                  Assistant United States Attorney
27

28

MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>AARON HERNANDEZ-SANCHEZ,<br><br>    Defendant. | CASE NO. 5:25-MJ-00013-CDB<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Complaint and all other filings in the case be unsealed.

IT IS SO ORDERED.

Dated: **May 9, 2025**

_____
UNITED STATES MAGISTRATE JUDGE