MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AARON HERNANDEZ-SANCHEZ,<br><br>Defendant. | CASE NO. 5:25-MJ-00013-CDB<br><br>ORDER TO STAY RELEASE ORDER |

For good cause shown, the defendant's pretrial release order issued in this case by a United States Magistrate Judge on May 15, 2025, is stayed pending this Court's resolution of the government's motion to revoke.

IT IS SO ORDERED.

Dated:    **May 16, 2025**

_____
UNITED STATES DISTRICT JUDGE

1