MICHELE BECKWITH
Acting United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> AARON HERNANDEZ-SANCHEZ, <br><br> Defendant. | Case No. 1:25-cr-00106-JLT-SKO <br><br> ORDER TO DISMISS INDICTMENT |

Upon the government's motion and for good cause shown, the Indictment in this case is dismissed without prejudice, all hearing dates are vacated, and the property bond that the defendant posted is released.

IT IS SO ORDERED.

Dated: June 11, 2025

_____
UNITED STATES DISTRICT JUDGE